United States District Court
For the Northern District of California

**\*E-FILED: September 14, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD TYSON and MARY ANN TYSON, | No. C12-03766 HRL |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST FOR CONTINUANCE** |
| v. | |
| TD SERVICES COMPANY; US BANK, N.A., INDIVIDUALLY AND AS TRUSTEE FOR CHEVY CHASE FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2005 C TRUST AND AS TRUSTEE FOR CCB LIBOR SERIES 2005 C TRUST, | **[Re: Docket No. 7]** |
| Defendants. | |

Plaintiffs' request to continue the initial case management conference set for September 25, 2012 is granted as follows:   The initial case management conference is continued to December 4, 2012, 1:30 p.m.  All related deadlines are adjusted accordingly.

SO ORDERED.

Dated: September 14, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-03766-HRL Notice has been electronically mailed to:

Bruce William Dannemeyer     bruce@dreyfusslaw.com, roma@dreyfusslaw.com

Gary Weston Sullivan     ltym@aol.com

Glenn Lee Moss     m-m@pacbell.net