**\*E-FILED:  October 22, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD TYSON and MARY ANN TYSON, | No. C12-03766 HRL |
| Plaintiffs,<br>v.<br>TD SERVICE COMPANY; US BANK N.A. INDIVIDUALLY AND AS TRUSTEE FOR CHEVY CHASE FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2005 C TRUST AND AS TRUSTEE FOR CCB LIBOR SERIES 2005 C TRUST,<br>Defendants. | **ORDER VACATING MOTION HEARING** |

Defendant T.D. Services Company's motion to dismiss (Docket No. 9) is deemed suitable for determination on the papers without oral argument, and the October 23, 2012 hearing is vacated.  Civ. L.R. 7-1(b).

SO ORDERED.

Dated: October 22, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:12-cv-03766-HRL Notice has been electronically mailed to:

Bruce William Dannemeyer     bruce@dreyfusslaw.com, roma@dreyfusslaw.com

Gary Weston Sullivan     ltym@aol.com

Glenn Lee Moss     m-m@pacbell.net