United States District Court
For the Northern District of California

*E-FILED: January 7, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD TYSON and MARY ANN TYSON, | No. C12-03766 HRL |
| Plaintiffs, v. | **ORDER GRANTING U.S. BANK'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |
| TD SERVICES COMPANY; US BANK N.A., INDIVIDUALLY AND AS TRUSTEE FOR CHEVY CHASE FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2005 C TRUST AND AS TRUSTEE FOR CCB LIBOR SERIES 2005 C TRUST, | [Re: Docket No. 23] |
| Defendants. | |

Defendant U.S. Bank, sued here individually and as trustee for Chevy Chase Funding LLC Mortgage Backed Certificates Series 2005 C Trust and as trustee for CCB Libor Series 2005 C Trust, moves to set aside entry of default. Plaintiffs oppose the motion. The matter is deemed suitable for determination without oral argument, and the January 8, 2013 hearing is vacated. Upon consideration of the moving and responding papers, the court grants the motion.

The court may set aside an entry of default for good cause shown. FED. R. CIV. P. 55(c). This court is satisfied that U.S. Bank's failure to timely respond to the complaint was due to excusable neglect. Once the mistake was discovered, U.S. Bank promptly took steps to remedy the situation. The court finds that plaintiffs will not be prejudiced if default is set aside. The pleadings have not yet been settled, and this case is still in its early stages. And, although it

remains to be seen whether U.S. Bank will prevail on its proposed motion to dismiss, it is generally preferable to resolve matters on their merits.[1]  Accordingly, the entry of default is hereby set aside, and U.S. Bank is given leave to proceed with its intended motion to dismiss.

SO ORDERED.

Dated: January 7, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiffs truly have concerns about the propriety of Severson & Werson's representation of U.S. Bank, they may brief that matter through an appropriate motion later.

2

1  5:12-cv-03766-HRL Notice has been electronically mailed to:

2  Alisa Alexandra Giventhal     aag@severson.com, jc@severson.com, klm@severson.com, tmp@severson.com

3
4  Andrew Weiss Noble     awn@severson.com, jc@severson.com, klm@severson.com, lkh@severson.com

5  Bruce William Dannemeyer     bruce@dreyfusslaw.com, roma@dreyfusslaw.com

6  Gary Weston Sullivan     ltym@aol.com

7  Glenn Lee Moss     m-m@pacbell.net

**United States District Court**
For the Northern District of California