Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel 510-583-1155
Fax 510 583 1299

Gary W. Sullivan (sbn 103162)
1505 The Alameda
San Jose, CA 95126

Tel 408 971 1340
Fax 408 971 0478

Attorneys for Plaintiffs
LEONARD TYSON and MARY ANN TYSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEONARD TYSON and MARY ANN TYSON,

    Plaintiffs,

vs.

TD SERVICES COMPANY, US BANK N.A., INDIVIDUALLY AND AS TRUSTEE FOR CHEVY CHASE FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2005 C TRUST AND AS TRUSTEE FOR CCB LIBOR SERIES 2005 C TRUST

    Defendants
_____/

NO. C 12-03766 HRL

RESPONSE OF PLAINTIFFS TO CITATION OF NEW APPELLATE AUTHORITY BY TD SERVICES

  TD Services has called the attention of the Court to Pfeifer v Countrywide Home Loans (Cal. Ct. App. Dec 13, 2012] 211 Cal App 4d 1250. This case relies on the unpublished, memorandum disposition in Santoro v CTC Foreclosure Services (9th Cir 2001) 12 Fed Appx 476.

-1-

Pfiefer is not a final decision and it is currently pending in the California Supreme Court as Action S207740.

In his Petition for Review, Pfeifer advised the California Supreme Court that Ninth Circuit rules prohibit the citation of unpublished, memorandum decisions written before 2007. Thus, such memoranda are not precedent in the Ninth Circuit [Ninth Cir. Rule 36-3(c); 2 Goelz & Watts, Federal Ninth Cir. Civl App. Practice ¶8:156 (Rutter Group 2012 supp].

Also, the unpublished memorandum decision in Santoro, supra, was issued a decade before the Consumer Financial Protection Bureau issued its opinion on December 21, 2011. As set forth in Appendix A to our Opposition, the CFPB concludes that non-judicial trustees are debt collectors, and the foreclosure of security interests on real property is debt collection. The Ninth Circuit acknowledges that it must defer to these views of the CFPB published Dec. 21, 2011 [Gonzales v Dept of Homeland Security (9th Cir 2007) 508 Fed 3d 1227, 1235; 2 Goelz & Watts, supra, at ¶8:169.5].

The Eleventh Circuit has accepted the views of the CFPP in the published decision of Reese v Ellis Painter Ratterree & Adams LLP (11th Cir 2012) 678 F 3d 1211; see also: Glazer v Chase Home Finance LLC (6th Cir Jan 14 2013) No 10-3416.

For each of these reasons, Mr. and Mrs. Tyson believe the recent state court decision in Pfeifer v

-2-

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155

1  <u>Countrywide Home Loans</u>, <u>supra</u>, is an outlier decision of
2  little precedential value.
3  DATED:  January 27, 2013.                    MOSS & MURPHY

4                                          By _____
5                                                 Glen L. Moss

6  x/tyson.doc

-3-

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155