Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel 510-583-1155
Fax 510 583 1299

Gary W. Sullivan (sbn 103162)
1505 The Alameda
San Jose, CA 95126

Tel 408 971 1340
Fax 408 971 0478

Attorneys for Plaintiffs
LEONARD TYSON and MARY ANN TYSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD TYSON and MARY ANN TYSON,<br><br>   Plaintiffs,<br><br>vs.<br><br>TD SERVICES COMPANY, US BANK N.A., INDIVIDUALLY AND AS TRUSTEE FOR CHEVY CHASE FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2005 C TRUST AND AS TRUSTEE FOR CCB LIBOR SERIES 2005 C TRUST<br><br>   Defendants | NO. C 12-03766 HRL<br><br>CITATION OF NEW APPELLATE AUTHORITY RELATED TO CLAIMS OF VOID TRANSFER TO TRUST AND NEED FOR DECLARATORY RELIEF |

PLEASE TAKE NOTICE that plaintiffs wish to call the attention of the Court to the decision of the California Court of Appeal in <u>Glaski v Bank of America</u> [Published Aug 8 2013 Case No F064556, 2013 Cal App LEXIS 633 ]. This case applied New York trust

-1-

law regarding the effect of an improper conveyance of property to a New York trust. Moreover, in footnote 4, the Court noted that both sides acknowledged at oral argument that the true holder of the note and deed of trust cannot be determined at the pleading stage. Thus, the borrower may be entitled to declaratory relief.

Plaintiffs ask that the Court consider <u>Glaski v Bank of America</u>, <u>supra</u>, in support of plaintiff's claims for declaratory relief and wrongful foreclosure.

DATED: August 12, 2013.                              MOSS & MURPHY

By _____
Glen L. Moss

x/tyson.doc

-2-