UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEONARD TYSON and MARY ANN TYSON<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TD SERVICES COMPANY; US BANK N.A., INDIVIDUALLY AND AS TRUSTEE FOR CHEVY CHASE FUNDING LLC MORTGAGE BACKED CERTIFICATES SERIES 2005 C TRUST, AND AS TRUSTEE FOR CCB LIBOR SERIES 2005 C TRUST,<br><br>　　　　Defendants. | Case No.  5:12-cv-03766-HRL<br><br>**ORDER SHORTENING TIME RE PLAINTIFFS' MOTION FOR ORDER STOPPING TRUSTEE SALE** |

　　　Plaintiffs have filed a motion seeking an injunction pending appeal with respect to a foreclosure sale.  The court shortens time on that motion as follows:  Responses to the motion shall be filed no later than July 29, 2016, 3:00 p.m.  Any reply must be filed no later than 10:00 a.m. on August 1, 2016.  The matter is set for hearing on August 3, 2016, 3:00 p.m.

　　　SO ORDERED.

Dated:  July 27, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:12-cv-03766-HRL Notice has been electronically mailed to:

Alisa Alexandra Givental    aag@severson.com, efiling@severson.com, tmp@severson.com

Andrew Weiss Noble    awn@severson.com, sc@severson.com

Ann Murphy    m-m@pacbell.net

Bruce William Dannemeyer    bruce@dreyfusslaw.com, roma@dreyfusslaw.com

Gary Weston Sullivan    gwsullivanlaw@gmail.com

Glenn Lee Moss    m-m@pacbell.net

Joseph W. Guzzetta    jwg@severson.com, efiling@severson.com

Lawrence Jay Dreyfuss    larry@dreyfusslaw.com